| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| CHARLOTTE DAVIS, | § |
| | § |
| Plaintiff, | § |
| | § |
| versus | § CIVIL ACTION NO. 1:18-CV-428 |
| | § |
| JEFFERSON COUNTY FARM BUREAU, TEXAS FARM BUREAU, TEXAS FARM BUREAU COUNTY MUTUAL INSURANCE, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, and TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order, signed November 27, 2019, summary judgment is GRANTED in favor of Defendants Jefferson County Farm Bureau, Texas Farm Bureau, Texas Farm Bureau Casualty Insurance Company, Farm Bureau County Mutual Insurance Company of Texas, and Texas Farm Bureau Mutual Insurance Company as to the claims and causes of action brought against them by Plaintiff Charlotte Davis. Plaintiff shall take nothing from Defendants.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 3rd day of December, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE